STATE v. HEITLAND. (No. 17206.) (St. Louis Court of Appeals. Missouri. July 8, 1922.) Error to Juvenile Court of City of St. Louis; Benjamin J. Klene, Judge. Not to be officially published. Hazel Heitland was adjudged a delinquent child, and she brings error. Affirmed. Thos. J. Rowe, Jr., of St. Louis, for plaintiff in error Lawrence McDaniel, of St. Louis, for defendant in error.

PER CURIAM. Upon an information filed in the juvenile court by the probation officer, the defendant, Hazel Heitland, a girl then 13 years of age, was adjudged a delinquent child and committed to the State Industrial Home for Girls until such time as she shall arrive at the age of 18 years, and the cause has been brought here by writ of error. The record contains no bill of exceptions, and no briefs have been filed. We have examined the record brought here, and perceive no error therein. No fault can be found with the information, and the judgment is in due form. It follows that the judgment should be affirmed; and it is so ordered.

CLARK v. STATE. (No. 7111.) (Court of Criminal Appeals of Texas. June 23, 1922.) Appeal from District Court, Eastland County; E. A. Hill, Judge. W. F. Clark was convicted of theft, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for theft; punishment fixed at confinement in the penitentiary for a period of three years. We find neither bill of exceptions nor statement of facts. No fundamental error appears in the record. The judgment is affirmed.

HORTON v. STATE. (No. 7039.) (Court of Criminal Appeals of Texas. June 7, 1922.) Appeal from District Court, San Augustine County; V. H. Stark, Judge. Clyde Horton was convicted of murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of San Augustine county of the offense of murder, and his punishment fixed at 50 years in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment charges murder in the approved form, and the charge of the court fully presents the law applicable to such charge. Finding no error in the record, an affirmance is ordered.

WALKER v. STATE. (No. 7103.) (Court of Criminal Appeals of Texas. June 14, 1922.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. J. S. Walker was convicted of perjury, and he appeals. Appeal dismissed on request. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for the offense of forgery. Upon the verified request of the appellant, the appeal is dismissed.

WILLIAMS v. STATE. (No. 7128.) (Court of Criminal Appeals of Texas. June 14, 1922.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. John Williams was convicted of manslaughter, and appeals. Appeal dismissed on request of appellant. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted of manslaughter, punishment being assessed at five years' confinement in the penitentiary, and appeal to this court perfected. Appellant has filed his personal affidavit to the effect that he does not desire to further prosecute his appeal. Upon his request the appeal is therefore ordered dismissed.

POSTAL EMPLOYEES' OIL & GAS CO. v. BARROW. (No. 2596.) (Court of Civil Appeals of Texas. Texarkana. June 8, 1922.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Action between the Postal Employees' Oil & Gas Company and C. M. Barrow. Judgment for the latter, and the former appeals. Reversed and remanded. Wheeler & Robison, of Texarkana, for appellant. George W. Johnson, of New Boston, for appellee.

LEVY, J. The appeal is a similar and companion case to Postal Employees' Oil & Gas Company v. J. H. Vaughan, 240 S. W. 1056, and involves the same ground for review. In accordance with the ruling in that case, the judgment in this case should be and it is reversed, and the cause remanded for another trial.